IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HUNSINGER, § | |
|    PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:21-CV-802-M-BK |
| § | |
| EQUITY OF TEXAS, LLC, § | |
|    DEFENDANT. § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's motions, Doc. 10 and Doc. 11, are **GRANTED**.

The Clerk of the Court is ordered to docket Defendant's proposed answer, which is attached to its motion.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

**SO ORDERED** this 4th day of January, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE